IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Marianne Geraci,<br>  *Plaintiff*<br><br>v.<br><br>City of Austin, Steve Adler, Elaine Hart, Criminal Prosecution Division, Bianca Bentzin, Chase Gomillion, City of Austin Attorney's Office, Anne Morgan, King & Spalding, L.L.P. and Their Attorneys, S. Saliya Subasinghe, Mike Stenglein, Austin Police Officers, Hubert Acevedo, Jason Borne, Joshua Dozier, Gerardo Gonzalez, Michael Barger, Brian Manley, Christopher Davis, Jason Bryant,<br>  *Defendants* | 1:19-CV-00340-SH |

## FINAL JUDGMENT

On this date, the Court rendered an order granting the Defendants' Motion to Dismiss and dismissed Plaintiff's claims in this lawsuit with prejudice. Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

**SIGNED** on April 2, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE